STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Rothschild Broadcast Distribution Systems, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC** | § § § | **Case No: 5:22-cv-03123-BLF** |
| **Plaintiff,** | § § | **PATENT CASE** |
| **vs.** | § § | |
| **OCO GROUP INC.,** | § § | |
| **Defendant.** | § § § | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| _____ | § | |

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "RBDS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant OCO Group Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: June 23, 2022                    Respectfully submitted,

                                        */s/Stephen M. Lobbin*
                                        Stephen M. Lobbin
                                        sml@smlavvocati.com
                                        SML AVVOCATI P.C.
                                        888 Prospect Street, Suite 200
                                        San Diego, California 92037
                                        (949) 636-1391 (Phone)

                                        ***Attorney(s) for Plaintiff***

## CERTIFICATE OF SERVICE

        I hereby certify that on June 23, 2022, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

                                        */s/Stephen M. Lobbin*
                                        Stephen M. Lobbin